**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeane Gregory, | No. CV-19-04909-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Richard Whitney, et al., | |
| Defendants. | |

In its November 5, 2019 Order (Doc. 41), the Court concluded that Plaintiff Jean Gregory's claims are time barred by the applicable statute of limitations.[1] As a result, the Court denied Plaintiff's Motions for Summary Judgment (Docs. 15, 34) and gave Plaintiff notice and a reasonable time to show cause why summary judgment should not be granted to Defendants Richard Whitney and Gust Rosenfeld PLC (collectively "Defendants") pursuant to Fed. R. Civ. P. 56(f). Plaintiff filed a letter addressed to the Ninth Circuit Court of Appeals (Doc. 42) seemingly responding to the Court's November 5, 2019 Order.

Treating Plaintiff's letter as her response, Plaintiff has failed to show cause why Defendants are not entitled to summary judgment in this action. Plaintiff merely reiterates her prior contentions that she has been pursuing legal redress on this matter since 2011. However, it is undisputed that Plaintiff did not file a complaint to initiate this action until May 2019—long after the statute of limitations had run. Thus, having found no genuine

---
[1] The bases for this conclusion are outlined in the November 5 Order and will not be repeated here.

dispute of material fact, the Court concludes that summary judgment for Defendants is appropriate under Rule 56(f).

**IT IS SO ORDERED** that Summary Judgment be **GRANTED** to Defendants pursuant to Rule 56(f).

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Doc. 26) and Motion to Strike (Doc. 38) are **DENIED** as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action and enter judgment accordingly.

Dated this 11th day of December, 2019.

_____
G. Murray Snow
Chief United States District Judge